```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 12779
     PAMELA J PETERS
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

          Debtor
     SSN XXX-XX-2666


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/20/2008 and was not confirmed.

     The case was dismissed without confirmation 11/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                           PAID            PAID
--------------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC UNSECURED           3532.64            .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED           2683.70            .00             .00
MACYS RETAIL HOLDINGS    UNSECURED            497.84            .00             .00
CREDITORS COLLECTION B   UNSECURED           4869.05            .00             .00
HARRIS                   UNSECURED            127.42            .00             .00
FORD MOTOR CREDIT        SECURED                 .00            .00             .00
CREDITORS COLLECTION BUR UNSECURED           4869.05            .00             .00
CHASE BANK               UNSECURED            596.46            .00             .00
WASHINGTON MUTUAL BANK   CURRENT MORTG          .00             .00             .00
WASHINGTON MUTUAL BANK   MORTGAGE ARRE          .00             .00             .00
GE CAPITAL               UNSECURED        NOT FILED             .00             .00
ECAST SETTLEMENT CORP    UNSECURED           1010.60            .00             .00
ECAST SETTLEMENT         UNSECURED           4487.51            .00             .00
CAPITAL ONE              UNSECURED           2965.72            .00             .00
ECAST SETTLEMENT         UNSECURED           1324.93            .00             .00
LVNV FUNDING             UNSECURED            847.69            .00             .00
LVNV FUNDING             UNSECURED            804.89            .00             .00
CREDITORS COLLECTION BUR UNSECURED        NOT FILED             .00             .00
TRIB/FBOFD               UNSECURED        NOT FILED             .00             .00
TRIB/FBOFD               UNSECURED        NOT FILED             .00             .00
FASHION BUG/SOANB        UNSECURED        NOT FILED             .00             .00
FLEET CREDIT CARD SERVIC UNSECURED        NOT FILED             .00             .00
GE MONEY/JC PENNY        UNSECURED            744.12            .00             .00
GEMB/ MONTGOMERY WARD    UNSECURED        NOT FILED             .00             .00
ASSET ACCEPTANCE LLC     UNSECURED           1034.32            .00             .00
LVNV FUNDING             UNSECURED           2973.49            .00             .00
HFC                      UNSECURED        NOT FILED             .00             .00
HSBC BANK                UNSECURED        NOT FILED             .00             .00
HSBC BANK                UNSECURED        NOT FILED             .00             .00
HSBC BANK                UNSECURED        NOT FILED             .00             .00
HSBC BANK NEVADA         UNSECURED            378.93            .00             .00
IC SYSTEM                UNSECURED            779.14            .00             .00
LB RETAIL                UNSECURED        NOT FILED             .00             .00
GE CAPITAL               UNSECURED        NOT FILED             .00             .00
LVNV FUNDING             UNSECURED            965.51            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 12779 PAMELA J PETERS
```

```
MERRICK BANK~            UNSECURED      NOT FILED              .00           .00
NICOR GAS                UNSECURED      NOT FILED              .00           .00
RNB-FIELDS3              UNSECURED      NOT FILED              .00           .00
RNB-FIELDS3              UNSECURED      NOT FILED              .00           .00
SEARS/CBSD               UNSECURED      NOT FILED              .00           .00
SPIEGEL                  UNSECURED      NOT FILED              .00           .00
THD/CBSD                 UNSECURED      NOT FILED              .00           .00
FIDELITY                 NOTICE ONLY    NOT FILED              .00           .00
ECAST SETTLEMENT         UNSECURED            .00              .00           .00
CHAD M HAYWARD           DEBTOR ATTY    2,095.00                             .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         ---------------     ---------------
TOTALS                        .00                    .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 02/24/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```